FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 16 2020   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                    Plaintiff,

-against-

ARTISAN VAPOR FRANCHISE LLC, CENTRAL
VAPORS LLC, CRAVINVAPES LLC, E-CIGARETTE
EMPIRE LLC, E-CIG CITY 4, E-CIG CITY MISSION
VIEJO LLC, THESY, LLC, ELIQUIDSTOP.COM,
HEATHER'S HEAVENLY VAPES, LLC, HUMBLE
JUICE CO. LLC, INLINE VAPE, LLC, JP VENTURES
LLC, OM VAPOR, LLC, VAPOR 4 LIFE HOLDINGS,
INC., THE VAPE MALL LLC, UVAPER LLC, VAPING
WATCH INC, VAPOR AUTHORITY, INC., VAPORFI,
INC., INTERNATIONAL VAPOR GROUP, LLC, VEPPO
INTERNATIONAL LLC, VGOD INC, LEAD BY SALES,
LLC, and ZAMPLEBOX, LLC,

                    Defendants.

------------------------------------------------------------------------ x

No. 19-cv-5693 (CBA)

**CONSENT ORDER**



RD 1-16-2020
EF

     **WHEREAS**, the City of New York, (the "City") commenced the above-captioned action (the "Action") on or about October 9, 2019 by filing a Complaint against, *inter alia*, defendant International Vapor Group, LLC (d/b/a "VaporFi, Inc.") (hereinafter "International Vapor Group");

     **WHEREAS**, International Vapor Group acknowledges that it was served with the Complaint;

     **WHEREAS**, the City and International Vapor Group wish to resolve this action without further litigation;

     **WHEREAS**, International Vapor Group agrees to cease permanently the violation of New York City Administrative Code § 17-706(a-1).

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. International Vapor Group shall not engage in conduct that violates New York City Administrative Code § 17-706(a-1) and shall not ship or cause to be shipped any electronic cigarettes as defined in New York City Administrative Code § 17-702(bb) to any address located within the City of New York without first verifying that the recipient is over twenty-one years of age.

2. For all sales of electronic cigarettes into New York City, International Vapor Group shall utilize an independent, third-party age and identity verification service that compares customer information against reliable data, such as public records, to verify that the recipient is over twenty-one years of age.

3. For all shipments of electronic cigarettes into New York City, International Vapor Group shall require a signature from someone over the age of 21 at the point of delivery.

4. International Vapor Group shall limit all sales of nicotine-containing electronic cigarette components into New York City to 240 milliliters of e-liquid per calendar month (for example, December 1-December 31) per customer.

5. International Vapor Group shall limit all sales of battery-operated electronic cigarette devices into New York City to two (2) devices per calendar month per customer.

6. Where reasonably possible, International Vapor Group shall make good faith efforts to use all available age-gating features on all of its social media accounts to restrict

access by individuals under the age of twenty-one in New York City, including but not limited to the following specific steps:

    a.    To the extent reasonably possible, International Vapor Group shall make good faith efforts to restrict access to its Facebook and Instagram content to prevent access by individuals under the age of twenty-one;

    b.    International Vapor Group shall mark all its Twitter content as "sensitive";

    c.    To the extent reasonably possible, International Vapor Group shall make good faith efforts to exclude individuals under the age of twenty-one in New York City whenever pushing targeted advertising on any online platform.

7.    Within ten days of the so ordering of this Consent Order, International Vapor Group shall pay $1,000 to the City by certified check or wire transfer.

8.    This Court shall retain jurisdiction over International Vapor Group solely to enforce the terms of this Consent Order for a term of five (5) years beginning on the date on which this Consent Order is filed with this Court, after which time this Consent Order shall expire.

9.    In the event that International Vapor Group ships or causes to be shipped any electronic cigarette as defined in New York City Administrative Code § 17-702(bb) to a New York City resident under twenty-one years of age at an address located within New York City, International Vapor Group shall pay the following amounts to the City: $3,500 for the first future underage sale into the City, $5,000 for the second future underage sale into the City, and

$10,000 for the third and each additional future underage sale into the City. Such penalty shall not be imposed if:

    a.    It is determined that the sale resulted from steps taken by an individual under the age of 21 to evade the age requirement that could not have been detected by independent, third-party age and identity verification systems, such as, but not limited to, utilizing the identification documents of a person over the age of 21 and/or utilizing false or fake documents asserting that the underage person is of age at the point of delivery; or

    b.    International Vapor Group demonstrates that it has fully complied with all other provisions of this Consent Order and that the underage sale resulted from circumstances that it could not reasonably have prevented.

10. The City reserves all rights to pursue any and all available remedies for violations of this Consent Order in addition to those remedies specified herein.

11. All written notices made pursuant to this Consent Order and other correspondence concerning this Consent Order shall be sent by electronic mail or regular mail to the following addresses, or to such other address as the recipient named below shall specify by notice in writing:

<u>To the City</u>:

Krista Friedrich
New York City Law Department
100 Church Street
New York, NY 10007
kfriedri@law.nyc.gov
212-356-2610

To International Vapor Group:

James Dobbins
General Counsel
Turning Point Brands, Inc.
5201 Interchange Way
Louisville, KY 40229
jdobbins@tpbi.com
502-774-9332

Caitlin A. Maloff
Associate General Counsel
Turning Point Brands, Inc.
5201 Interchange Way
Louisville, KY 40229
cmaloff@tpbi.com
502-774-9332

With a copy to:

Michael A. Cardozo
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
MCardozo@proskauer.com
212-969-3000

12.    Upon the Court's entry of the Consent Order, this Action is dismissed with prejudice as against International Vapor Group LLC and VaporFi, Inc. All rights of appeal are waived.

13.    This Consent Order is final and binding upon International Vapor Group, LLC and VaporFi, Inc. as well as all successors and assigns.

5

JAMES E. JOHNSON
*Corporation Counsel of the City of New York*

By: _____
Krista Friedrich
Tonya Jenerette
Sabita Krishnan
*Assistant Corporation Counsel*
100 Church Street
New York, New York 10007
(212) 356-2610
kfriedri@law.nyc.gov
*Attorneys for Plaintiff*
*City of New York*

INTERNATIONAL VAPOR GROUP, LLC
VAPORFI, INC.

By: _____
Michael A. Cardozo
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3000
MCardozo@proskauer.com
*Attorney for Defendant International*
*Vapor Group, LLC and VaporFi, Inc.*

SO ORDERED:

s/Carol Bagley Amon
CAROL B. AMON, U.S.D.J.

1/15/20

6